# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| MICHAEL PRESCOTT, : | Civil Action No. 1:12-cv-00699-YK |
| : | **(CHIEF JUDGE KANE)** |
| Plaintiff, : |  |
| v. : |  |
| COMTECH MOBILE : |  |
| DATACOM CORPORTATION, : |  |
| Defendant. : |  |

## ENTRY OF APPEARANCE

To the Clerk of Court:

    Kindly enter the appearances of Mathew H. Haverstick, Esquire, and Kyle M. Elliott, Esquire, on behalf of Defendant Comtech Mobile Datacom Corporation in the above-captioned matter.

                                                                             /s Mathew H. Haverstick_____
                                                          Mathew H. Haverstick, Esquire (No. 85072)
                                                          Kyle M. Elliott, Esquire (No. 306836)
                                                          CONRAD O'BRIEN PC
                                                          1500 Market Street, Centre Square
                                                          West Tower, Suite 3900
                                                          Philadelphia, PA 19102-2100
                                                          Phone: 215.864.9600
                                                          Fax: 215.864.9620

                                                          *Attorneys for Defendant Comtech Mobile*
                                                          *Datacom Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 6th day of June, 2012, a true and correct copy of the foregoing document was served via the Court's Electronic Case Filing System on the following:

Michael J. Crocenzi, Esquire
Goldberg Katzman, P.C.
4250 Crums Mill Road
Suite 301
Harrisburg, PA 17112

*Attorney for Plaintiff Michael Prescott*

                                                  s/ Mathew H. Haverstick
                                                  Mathew H. Haverstick, Esquire