# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| MICHAEL PRESCOTT, : | Civil Action No. 1:12-cv-00699-YK |
| Plaintiff, : | **(CHIEF JUDGE KANE)** |
| v. : |  |
| COMTECH MOBILE DATACOM CORPORTATION, : |  |
| Defendant. : |  |

# ORDER

**AND NOW,** this _____ day of _____, 2012, upon consideration of Defendant Comtech Corporation's Motion to Transfer Venue under 28 U.S.C. § 1404(a) filed in the above-captioned matter, and Plaintiff Michael Prescott's opposition thereto, **IT IS HEREBY ORDERED** that this action shall be transferred from the Middle District of Pennsylvania to the District of Maryland.

 

Honorable Yvette Kane
Chief Judge, Middle District of Pennsylvania

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

_____
                                              :       Civil Action No. 1:12-cv-00699-YK
MICHAEL PRESCOTT,                 :      **(CHIEF JUDGE KANE)**
                                              :
      Plaintiff,                        :
                                              :
        v.                           :
                                              :
COMTECH MOBILE                    :
DATACOM CORPORTATION,      :
                                              :
      Defendant.                     :
_____:

## DEFENDANT'S MOTION TO TRANSFER VENUE UNDER 28 U.S.C. § 1404(A)

Defendant Comtech Mobile Datacom Corporation hereby moves this Court to transfer venue from the United States District Court for the Middle District of Pennsylvania to the United States District Court for the District of Maryland pursuant to 28 U.S.C. § 1404(a). The grounds for this Motion are set forth in the accompanying Memorandum of Law, which is incorporated by reference as though fully set forth herein. Pursuant to Local Rule 7.9, counsel for Defendant requests oral argument.

| | |
|---|---|
| Matthew H. Haverstick | Allan H. Weitzman |
| Kyle M. Elliott | Ian C. Schaefer |
| **CONRAD O'BRIEN PC** | **PROSKAUER ROSE LLP** |
| 1500 Market Street | 11 Times Square |
| Centre Square West Tower, Suite 3900 | New York, New York 10036 |
| Philadelphia, PA 19102-1921 | |
| | |
| Tel:215.864.9600 | Tel: 212.969.3000 |
| Fax: 215.523.9725 | Fax: 212.969.2900 |

*Attorneys for Defendant*
*Comtech Mobile Datacom Corporation*

## CERTIFICATE OF NON-CONCURRENCE

I, Mathew H. Haverstick, Esquire, hereby certify that as counsel for movant-Defendant Comtech Mobile Datacom Corporation, pursuant to Local Rule 7.1 I sought concurrence in the Motion to Transfer Venue from Michael J. Crocenzi, Esquire, counsel for Plaintiff, but I was unable to obtain his concurrence in the Motion.  Accordingly, counsel Crocenzi does not concur with the Motion.

        CONRAD O'BRIEN

By: **/s/ Matthew H. Haverstick**

        Matthew H. Haverstick
        Kyle M. Elliott
        1500 Market Street
        Centre Square West Tower, Suite 3900
        Philadelphia, PA 19102-1921
        (215) 523-8325

*Of Counsel:*

PROSKAUER ROSE
Allan H. Weitzman
Ian C. Schaefer
11 Times Square
New York, New York 10036
(212) 969-3000

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 8th day of June, 2012, a true and correct copy of the Motion and Memorandum of Law were served via the Court's Electronic Case Filing System on the following:

Michael J. Crocenzi, Esquire
Goldberg Katzman, P.C.
4250 Crums Mill Road
Suite 301
Harrisburg, PA 17112

*Attorney for Plaintiff Michael Prescott*

                                            s/ Mathew H. Haverstick
                                            Mathew H. Haverstick, Esquire