UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR : 1:12-cv-699
ADMISSION TO PRACTICE IN THIS COURT :

### PETITION

I, Allan H. Weitzman, Esquire, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:   Proskauer Rose LLP, One Boca Place, 2255 Glades Road, Suite 421 Atrium, Boca Raton, FL 33431-7360

Office Telephone: 561.995.4760

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

New York Bar – 2/25/74

Florida Bar – 4/19/95

11th Circuit US Court of Appeals – 3/9/82

~~2nd Circuit U.S. Court~~ of Appeals – 7/2/75

6th Circuit U.S. Court of Appeals – 4/6/87

9th Circuit US Court of Appeals – 7/31/07

US District Court, Eastern District New York - 9/30/77

US District Court, Middle District Florida - 10/24/95

US District Court, Northern District Florida - 5/2/08

US District Court, Southern District Florida - 10/24/95

US District Court, Southern District New York - 2/4/75

Supreme Court of the United States – 4/19/1982

My attorney Identification number is: New York – 1079953; Florida – 45860

FOR COURT USE ONLY

GENERAL ADMISSION:

BEFORE JUDGE ___ U.S. DISTRICT JUDGE ___ U.S. MAGISTRATE JUDGE          Date:

✓ SPECIAL ADMISSION:   s/Yvette Kane

GRANTED   ✓ U.S. DISTRICT JUDGE ___ U.S. MAGISTRATE JUDGE    Date: 6-11-12