# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR   :
ADMISSION TO PRACTICE IN THIS COURT :   1:12-cv-699

### PETITION

I, Ian C. Schafer, Esquire, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:   Proskauer Rose LLP, Eleven Times Square, New York, NY 10036-8299

Office Telephone: 212.969.3563

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Admitted to the New York Bar – 5/18/2008

Eastern District of New York – 8/7/07; Southern District of New York – 8/7/07; United States Supreme Court – 2008

My attorney Identification number is: 4303913

| FOR COURT USE ONLY | |
|---|---|
| GENERAL ADMISSION: ___ | |
| BEFORE JUDGE _____<br>___ U.S. DISTRICT JUDGE ___ U.S. MAGISTRATE JUDGE | Date: |
| ✓ SPECIAL ADMISSION:<br>GRANTED  s/ Yvette Kane<br>✓ U.S. DISTRICT JUDGE ___ U.S. MAGISTRATE JUDGE | Date: 6-11-2012 |