## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT : 1:12-cv-699

### PETITION

    I, Jan-Philip Kernisan, Esquire,          hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court.  In support of my petition, I state as follows:

My office address

Proskauer Rose LLP, Eleven Times Square, New York, NY 10036-8299

Office Telephone:
212.969.3116

    I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

New York State, First Department – 3/5/10

District of Columbia Bar – 5/2011

My attorney

Identification number is:  New York – 4817045;  District of Columbia – 1000895

FOR COURT USE ONLY

    GENERAL ADMISSION:

BEFORE JUDGE                                     Date:
___U.S. DISTRICT JUDGE ___U.S. MAGISTRATE JUDGE

    SPECIAL ADMISSION:

GRANTED     s/ Yvette Kane               Date: 6-11-12
___U.S. DISTRICT JUDGE ___U.S. MAGISTRATE JUDGE