UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL PRESCOTT,** | : | Civil Action No. 1:12-cv-00699-YK |
| | : | **(CHIEF JUDGE KANE)** |
| Plaintiff, | : | |
| | : | **STATEMENT PURSUANT TO** |
| v. | : | **RULE 7.1** |
| **COMTECH MOBILE DATACOM CORPORTATION,** | : | |
| Defendant. | : | |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification and recusal, the undersigned attorney of record for Defendant certifies that Comtech Mobile Datacom Corporation is a wholly owned subsidiary of its parent company, Comtech Telecommunications Corporation, a publicly held corporation.

Dated:   June 8, 2012
         Philadelphia, PA

CONRAD O'BRIEN

By: /s/ Matthew H. Haverstick
Matthew H. Haverstick
Kyle M. Elliott
1500 Market Street
Centre Square West Tower, Suite 3900
Philadelphia, PA 19102-1921
(t) 215-523-8325
(f) 215-523-9725

*Attorneys for Defendant*