# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **MICHAEL PRESCOTT,** | : | |
| | : | Civil Action No. 1:12-cv-00699-YK |
| | : | **(CHIEF JUDGE KANE)** |
| **Plaintiff,** | : | |
| | : | **JOINT STIPULATION TO** |
| v. | : | **STAY DISCOVERY** |
| | | **DEADLINES PENDING** |
| | : | **DECISION ON MOTION TO** |
| **COMTECH MOBILE** | : | **TRANSFER** |
| **DATACOM CORPORTATION,** | : | |
| | : | |
| **Defendant.** | : | |

Plaintiff Michael P. Prescott ("Prescott") and Defendant Comtech Mobile Datacom Corporation ("Comtech"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff commenced this action by filing a Complaint on April 16, 2012 (Dkt. 1);

WHEREAS, on June 8, 2012, Comtech filed a Motion to Transfer Venue from the United States District Court for the Middle District of Pennsylvania to the United States District Court for the District of Maryland in this action (Dkt. 9), and whereas briefing on the motion is ongoing;

WHEREAS, it is in the interests of both of the parties to: (i) stay discovery (including any obligations to produce witnesses for depositions, respond to pending discovery requests and to submit a Joint Case Management Plan); (ii) to stay the requirement to engage in the Mandatory Mediation process; (iii) to adjourn the August 15, 2012 scheduling conference; (iv) and to stay all other events set forth in the Court's April 16, 2012 (Dkt. 2) and June 4, 2012 (Dkt. 4) Orders, until the Court decides

Defendant's motion to transfer;

IT IS HEREBY STIPULATED AND AGREED THAT, pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, subject to the Court's approval, all schedules and deadlines set forth in the Court's April 16, 2012 and June 4, 2012 Orders are adjourned as set forth herein, pending resolution of Defendant's motion to transfer.

Dated: June 13, 2012

| GOLDBERG KATZMAN, P.C. | CONRAD O'BRIEN |
|---|---|
| By: /s/ Michael J. Crocenzi | By: /s/ Matthew H. Haverstick |
| Michael J. Crocenzi | Matthew H. Haverstick |
| Goldberg Katzman, P.C. | Kyle M. Elliott |
| 4250 Crums Mill Road, Suite 301 | 1500 Market Street |
| Harrisburg, PA 17112 | Centre Square West Tower, Suite 3900 |
| 717.234.4161 | Philadelphia, PA 19102-1921 |
| | 215.523.8325 |
| | *Of Counsel:* |
| | PROSKAUER ROSE |
| | Allan H. Weitzman (admitted *pro hac vice*) |
| | Ian C. Schaefer (admitted *pro hac vice*) |
| | 11 Times Square |
| | New York, New York 10036 |
| | 212.969.3000 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Comtech Mobile Datacom Corporation* |

**SO ORDERED:**

_____
Hon. Yvette Kane, Chief Judge
United States District Court
Middle District of Pennsylvania

Dated: