**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

_____
                                    :
**MICHAEL PRESCOTT,**                :
                                    :     Civil Action No. 1:12-cv-00699-YK
                                    :     **(CHIEF JUDGE KANE)**
        **Plaintiff,**               :
                                    :     **JOINT STIPULATION TO**
        **v.**                       :     **STAY DISCOVERY**
                                    :     **DEADLINES PENDING**
                                    :     **DECISION ON MOTION TO**
**COMTECH MOBILE**                   :     **TRANSFER**
**DATACOM CORPORATION,**             :
                                    :
        **Defendant.**               :
_____  :


Plaintiff Michael P. Prescott ("Prescott") and Defendant Comtech Mobile

Datacom Corporation ("Comtech"), by and through their undersigned counsel, hereby

stipulate and agree as follows:

WHEREAS, Plaintiff commenced this action by filing a Complaint on April 16,

2012 (Dkt. 1);

WHEREAS, on June 8, 2012, Comtech filed a Motion to Transfer Venue from the

United States District Court for the Middle District of Pennsylvania to the United States

District Court for the District of Maryland in this action (Dkt. 9), and whereas briefing on

the motion is ongoing;

WHEREAS, it is in the interests of both of the parties to: (i) stay discovery

(including any obligations to produce witnesses for depositions, respond to pending

discovery requests and to submit a Joint Case Management Plan); (ii) to stay the

requirement to engage in the Mandatory Mediation process; (iii) to adjourn the August

15, 2012 scheduling conference; (iv) and to stay all other events set forth in the Court's

April 16, 2012 (Dkt. 2) and June 4, 2012 (Dkt. 4) Orders, until the Court decides

Defendant's motion to transfer;

IT IS HEREBY STIPULATED AND AGREED THAT, pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, subject to the Court's approval, all schedules and deadlines set forth in the Court's April 16, 2012 and June 4, 2012 Orders are adjourned as set forth herein, pending resolution of Defendant's motion to transfer.

Dated: June 13, 2012

GOLDBERG KATZMAN, P.C.

By: /s/ Michael J. Crocenzi_____ ____
Michael J. Crocenzi
Goldberg Katzman, P.C.
4250 Crums Mill Road, Suite 301
Harrisburg, PA  17112
717.234.4161

CONRAD O'BRIEN

By: /s/ Matthew H. Haverstick_____
Matthew H. Haverstick
Kyle M. Elliott
1500 Market Street
Centre Square West Tower, Suite 3900
Philadelphia, PA 19102-1921
215.523.8325

*Of Counsel:*

PROSKAUER ROSE
Allan H. Weitzman (admitted *pro hac vice*)
Ian C. Schaefer (admitted *pro hac vice*)
11 Times Square
New York, New York 10036
212.969.3000

*Attorneys for Plaintiff*

*Attorneys for Defendant Comtech Mobile Datacom Corporation*

**SO ORDERED:**

-s/ Yvette Kane-------------------------
Hon. Yvette Kane, Chief Judge
United States District Court
Middle District of Pennsylvania

Dated:  June 22, 2012

2